1

2

3

4

5

6

7

8                     IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10   SONNY RAY HARDAWAY,

11            Plaintiff,                    No. CIV S-06-0451 MCE GGH P

12        vs.

13   D.L. RUNNELS, et al.,

14            Defendants.              <u>ORDER</u>

15   _____/

16            Plaintiff has requested an extension of time to file an amended complaint pursuant

17   to the court's order of October 24, 2006.  Good cause appearing, IT IS HEREBY ORDERED

18   that:

19            1.  Plaintiff's November 27, 2006 request for an extension of time is granted; and

20            2.  Plaintiff is granted twenty days from the date of this order in which to file an

21   amended complaint.

22   DATED: 12/4/06                    /s/ Gregory G. Hollows
                                       _____
23                                     GREGORY G. HOLLOWS
                                       UNITED STATES MAGISTRATE JUDGE
24
     GGH:009/mp
25   hard0451.36

26