IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SONNY RAY HARDAWAY,

    Plaintiff,                     No. CIV S-06-0451 MCE GGH P

    vs.

D. L. RUNNELS, et al.,

    Defendants.              <u>ORDER</u>

                /

          Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action filed pursuant to 42 U.S.C. § 1983. By order filed October 24, 2006, plaintiff's complaint was dismissed with leave to file an amended complaint. Plaintiff, who was granted an extension of time,[1] has filed an amended complaint.

          The amended complaint states a cognizable claim for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b). If the allegations of the amended complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action.

          In accordance with the above, IT IS HEREBY ORDERED that:

          1. Service is appropriate for the following defendants: Correctional Officer (C/O)

---

[1] <u>See</u> <u>Order</u>, filed on December 4, 2006.

1

1  Baker and C/O Kissinger pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b).

2       2.  The Clerk of the Court shall send plaintiff two (2) USM-285 forms, one

3  summons, an instruction sheet and a copy of the amended complaint filed December 21, 2006.

4       3.  Within thirty days from the date of this order, plaintiff shall complete the

5  attached Notice of Submission of Documents and submit the following documents to the court:

6       a.  The completed Notice of Submission of Documents;

7       b.  One completed summons;

8       c.  One completed USM-285 form for each defendant listed in number 1

9       above; and

10       d.  Three (3) copies of the endorsed amended complaint filed December 21,

11       2006.

12       4.  Plaintiff need not attempt service on defendants and need not request waiver of

13  service.  Upon receipt of the above-described documents, the court will direct the United States

14  Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4

15  without payment of costs.

16  DATED: 4/30/07

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

GGH:009
hard0451.1am

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SONNY RAY HARDAWAY,

    Plaintiff,                    No. CIV S-06-0451 MCE GGH P

    vs.

D. L. RUNNELS, et al.,                 NOTICE OF SUBMISSION

    Defendants.                      OF DOCUMENTS

_____/

    Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

        1        completed summons form

        2        completed USM-285 forms

        3        copies of the December 21, 2006 Amended Complaint

DATED:

                                                            Plaintiff