IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SONNY RAY HARDAWAY,

     Plaintiff,                    No. CIV S-06-0451 ALA P

   vs.

D.L. RUNNELS, et al.,

     Defendants.         <u>ORDER</u>

_____/

       Defendant Kessinger has requested an extension of time to file a responsive pleading.  Good cause appearing, IT IS HEREBY ORDERED that:

       1. Defendant Kessinger's request for an extension of time is granted; and

       2. Defendant Kessinger is granted a 30-day extension of time, up to and including September 26, 2007 to file a responsive pleading.

DATED: August 24, 2007

                                        <u>/s/ Arthur L. Alarcón</u>
                                        UNITED STATES CIRCUIT JUDGE
                                        Sitting by Designation

1