IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SONNY RAY HARDAWAY,

       Plaintiff,                      No. 2:06-cv-00451-ALA PC

  vs.

D.L. RUNNELS, et al.,

       Defendants.             <u>ORDER</u>

                                   /

       On November 9, 2007, this Court dismissed the instant action without prejudice because Sonny Ray Hardaway ("Plaintiff") was not entitled to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(g). (Doc. 24). Pending before this Court is Plaintiff's request for reimbursement of filing fees in the amount of $99.94, which he allegedly submitted in connection with several cases: 2:01-cv-1949, 2:06-cv-00451, 2:06-cv-00695, and 2:06-cv-01588. (Docs. 26, 27, 28).

       This Court will only address the filing fee Plaintiff submitted in connection with this action, Case No. 2:06-cv-00451. The Financial Services Department of this Court reports that Plaintiff has paid $41.87 towards the statutory filing fee for this case.

       Although prisoners who have been denied *in forma pauperis* status are not exempt from paying the full amount of a statutory filing fee, *see* 28 U.S.C. § 1915(b), at least one district court has ordered that a pro se prisoner's *partial* filing fee may be refunded in circumstances that

1

1  are similar to this case.  *See, e.g., Jameson v. Rawers*, 2009 U.S. Dist. LEXIS 30501, at *7 (E.D.
2  Cal. Apr. 9, 2009) (refunding a plaintiff's partial filing fee when his action was dismissed
3  without prejudice after leave to proceed *in forma pauperis* was denied pursuant to 28 U.S.C.
4  § 1915(g)).  This Court has concluded that it would be appropriate to refund to Plaintiff the
5  money he paid toward the filing fee in this matter ($41.87).
6      Accordingly, IT IS HEREBY ORDERED that:
7      1.  Plaintiff's request for reimbursement be GRANTED.
8      2.  The Clerk is hereby directed to arrange for the Financial Services Department to
9  refund Plaintiff's partial filing fee in the amount of $41.87.
10      IT IS SO ORDERED.
11  DATED: October 16, 2009

/s/ Arthur L. Alarcón
UNITED STATES CIRCUIT  JUDGE
Sitting by Designation